UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**IN RE: VASHAWN L. MCKENZIE, LYNETTE J. MCKENZIE** Case No. **08-34988**
Debtor(s)                                                                                           Chapter 13

## ORDER APPROVING ATTORNEY COMPENSATION

The attorney for Debtors(s) filed an application for supplemental compensation stating that he is entitled to receive as supplemental compensation the amount of 300.00 for a motion to incur debt. There being no objection filed to the application for compensation in this matter to date in the amount of $300.00 and that the Chapter 13 trustee, **Robert E. Hyman,** is authorized to pay an additional $300.00 to Richard J. Oulton from the next funds paid by or on behalf of the debtor to the Chapter 13 plan.

UNITED STATES BANKRUPTCY COURT

By_____
Judge

Notice of Order Entered on Docket

_____

I ask for this:
/s/ Richard J. Oulton
Richard J. Oulton, VSB# 29640, Counsel for Debtor
111 Highland Ave.
Colonial Heights, VA 23834
Tel: (804) 520-2428


Seen and agreed
/s/ Robert E. Hyman

Robert E. Hyman
P.O. Box 1780
Richmond, VA 23219-1780

Certification

I hereby certify that this Order has been endorsed by all necessary parties to this matter.

/s/ Richard J. Oulton
Richard J. Oulton

Please send a copy of this Order to:

**NAME AND ADDRESS OF TRUSTEES**

Robert E. Hyman
P.O. Box 1780
Richmond, VA 23219-1780